MOTORISTS MUTUAL INSURANCE COMPANY, APPELLANT, *v.* HOHMAN, APPELLEE.

[Cite as *Motorists Mut. Ins. Co. v. Hohman,*
105 Ohio St.3d 95, 2005-Ohio-569.]

(No. 2004–1495—Submitted February 2, 2005—Decided March 2, 2005.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Hollon v. Clary,* 104 Ohio St.3d 526, 2004-Ohio-6772, 820 N.E.2d 881.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

Freund, Freeze & Arnold and Stephen C. Findley, for appellant.

Faulkner, Garmhausen, Keister & Shenk, James L. Thieman, and John M. Deeds, for appellee.